**No. P67/26.**—Craig Panorama, Inc. *v.* United States, protests 63/20178, etc. (Los Angeles).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of radio earphones similar in all material respects to those the subject of *Motorola, Inc., and International Expediters, Inc.* v. *United States* (54 Cust. Ct. 303, Abstract 69019), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, FEBRUARY 1, 1967

**No. P67/27.**—Kaplan-Gordon Corp. *v.* United States, protests 65/14847, etc. (New York).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rush bags similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (55 Cust. Ct. 103, C.D. 2558), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 1, 1967

**No. P67/28.**—Balfour Guthrie & Co., Ltd. *v.* United States, protest 60/18560 (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of nylon gloves similar in use to silk gloves and that the issues involved are similar in all material respects to those involved in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 1, 1967

**No. P67/29.**—Fusek's et al. *v.* United States, protests 59/3079, etc. (Los Angeles).

RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of wood statuary similar in all material respects to that of the subject of *Fusek's* v. *United States* (53 Cust. Ct. 109, C.D. 2480), the claim of the plaintiffs was sustained.